UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA RUSKIEWICZ, on behalf of herself, and all others similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OKLAHOMA CITY UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION FILE NO.**<br>)   **5:23-cv-00303-D**<br>)<br>)<br>)<br>)  |

**DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Oklahoma City University ("OCU") hereby moves to dismiss the Class Action Complaint (Doc.1) ("Complaint") with prejudice for the reasons that Plaintiff does not have Article III standing and therefore, the Court lacks subject matter jurisdiction, and because, alternatively, the Complaint and each of its causes of action fails to state a claim upon which relief can be granted.

In accordance with Local Civil Rule 7.1, OCU attaches hereto and incorporates by reference its Brief in Support of Defendant's Motion to Dismiss the Class Action Complaint. As set forth therein, Plaintiff does not allege any concrete, particularized injury, but instead merely alleges a risk of future harm and time and expense allegedly associated with protecting herself from the potential for future harm. Therefore, Plaintiff does not have Article III standing to bring this lawsuit and it should be dismissed for lack of subject matter jurisdiction. Alternatively, even if Plaintiff does allege enough facts to confer

standing, the Complaint still should be dismissed because each of Plaintiff's causes of action fail to state a claim upon which relief can be granted.

WHEREFORE, OCU requests that the Court grant this motion, dismiss the Complaint in its entirety with prejudice, and grant such other and further relief to OCU that the Court deems necessary and proper.

Respectfully submitted this 7th day of June, 2023.

_____
Timothy B. Soefje
Oklahoma Bar No. 33342
Kai Hecker
Texas Bar No. 24028463
FREEMAN MATHIS & GARY, LLP
5851 Legacy Circle, 6th Floor
Plano, TX 75024
(469) 895-3005
tim.soefje@fmglaw.com
kai.hecker@fmglaw.com

David A. Cole*
Georgia Bar No. 142383
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
(770) 818-0000
dcole@fmglaw.com
*Application for admission pro hac vice forthcoming*

Teddy Abbot
Oklahoma Bar No. 14367
COOK & HILFIGER, P.C.
620 West Broadway
Muskogee, OK 74401
teddy@cookhilfiger.com
*Attorneys for the Defendant Oklahoma City University*

## **CERTIFICATE OF SERVICE**

I certify that I have this day submitted the foregoing **DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

Jason B. Aamodt
Matthew D. Alison
INDIAN & ENVIRONMENTAL LAW GROUP, PLLC
406 South Boulder Ave., Suite 830
Tulsa, Oklahoma 74103
jason@iaelaw.com
matthew@iaelaw.com

Lynn A. Toops
Amina A. Thomas
COVEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
ltoops@cohenmalad.com
athomas@cohenmalad.com

J. Gerard Stranch, IV
Andrew E. Mize
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gerards@bsjfirm.corn
andrewm@bsjfirm.corn

Samuel Strauss
Raina Borelli
TURKS & STRAUSS, LLP
613 Williamson Street Suite 201
Madison, WI 53703
sam@turkestrauss.com
raina@turkestrauss.com

This 7th day of June, 2023.

_____
Timothy B. Soefje
Oklahoma Bar No. 33342
Kai Hecker
Texas Bar No. 24028463
FREEMAN MATHIS & GARY, LLP
5851 Legacy Circle, 6th Floor
Plano, TX 75024
(469) 895-3005
tim.soefje@fmglaw.com
kai.hecker@fmglaw.com