IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA RUSKIEWICZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OKLAHOMA CITY UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-23-303-D<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

Pursuant to the Order issued this date, this action is dismissed without prejudice to refiling.

Entered this 4th day of October, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge